# UNITED STATES BANKRUPTCY COURTS
# NORTHERN DISTRICT OF CALIFORNIA

IN RE:  
Sharon Anne Mulgrew

CASE NUMBER:  
17-41622-CN 13

## ATTACHMENT TO NOTICE OF FILED CLAIMS

**Trustee ID:** 0  
**Class:** DEBTOR REFUND

**Creditor Name:** Sharon Anne Mulgrew  
    1200 Brickyard Way #306  
    Richmond, CA  94801

**Court Claim Number:**  
**Date Claim Filed:** NO CLAIM FILED  
**Claim Amount:** $0.00

**Trustee ID:** 0  
**Class:** ATTORNEY FEE

**Creditor Name:** Patrick L Forte Atty  
    1624 Franklin St #911  
    Oakland, CA  94612

**Court Claim Number:**  
**Date Claim Filed:** NO CLAIM FILED  
**Claim Amount:** $2,800.00

**Trustee ID:** 1  
**Class:** NOTICE ONLY

**Creditor Name:** Synchrony Bank  
    C/O Pra Receivables Management Llc  
    Po Box 41021  
    Norfolk, VA  23541

**Court Claim Number:**  
**Date Claim Filed:** NO CLAIM FILED  
**Claim Amount:** $0.00

**Trustee ID:** 3  
**Class:** UNSECURED (GENERAL)

**Creditor Name:** American Express  
    C/O Nationwide Credit, Inc.  
    Po Box 14581  
    Des Moines, IA  503063581

**Court Claim Number:**  
**Date Claim Filed:** NO CLAIM FILED  
**Claim Amount:** $0.00

**Trustee ID:** 17  
**Class:** UNSECURED (GENERAL)

**Creditor Name:** American Express  
    C/O Nationwide Credit, Inc.  
    Po Box 14581  
    Des Moines, IA  503063581

**Court Claim Number:**  
**Date Claim Filed:** NO CLAIM FILED  
**Claim Amount:** $0.00

**Trustee ID:** 18  
**Class:** UNSECURED (GENERAL)

**Creditor Name:** American Express  
    C/O Nationwide Credit, Inc.  
    Po Box 14581  
    Des Moines, IA  503063581

**Court Claim Number:**  
**Date Claim Filed:** NO CLAIM FILED  
**Claim Amount:** $0.00

| | |
|---|---|
| Trustee ID: 5<br>Class: UNSECURED (GENERAL)<br><br>Creditor Name: Bank Of America<br>   Po Box 15019<br>   Wilmington, DE 198505019 | Court Claim Number:<br>Date Claim Filed: NO CLAIM FILED<br>Claim Amount: $0.00 |
| Trustee ID: 6<br>Class: PRIORITY<br><br>Creditor Name: Franchise Tax Board<br>   Po Box 2952<br>   Sacramento, CA 958122952 | Court Claim Number:<br>Date Claim Filed: NO CLAIM FILED<br>Claim Amount: $0.00 |
| Trustee ID: 7<br>Class: PRIORITY<br><br>Creditor Name: United States Treasury<br>   Po Box 7346<br>   Philadelphia, PA 191017346 | Court Claim Number:<br>Date Claim Filed: NO CLAIM FILED<br>Claim Amount: $0.00 |
| Trustee ID: 11<br>Class: UNSECURED (GENERAL)<br><br>Creditor Name: Dept Store Natl Bank/Quantum3 Group Llc<br>   Po Box 657<br>   Kirkland, WA 980830657 | Court Claim Number: 5<br>Date Clam Filed: 10/19/2017<br>Claim Amount: $1,190.21 |
| Trustee ID: 13<br>Class: UNSECURED (GENERAL)<br><br>Creditor Name: Midland Credit Mgmt/Midland Funding<br>   Po Box 2011<br>   Warren, MI 48090 | Court Claim Number: 4<br>Date Clam Filed: 10/12/2017<br>Claim Amount: $708.46 |
| Trustee ID: 14<br>Class: SECURED<br><br>Creditor Name: Wyndham<br>   6277 Sea Harbor Drive<br>   Orlando, FL 32821 | Court Claim Number:<br>Date Claim Filed: NO CLAIM FILED<br>Claim Amount: $0.00 |
| Trustee ID: 15<br>Class: UNSECURED (GENERAL)<br><br>Creditor Name: Becket And Lee Llp<br>   Po Box 3001<br>   Malvern, PA 193550701 | Court Claim Number: 3<br>Date Clam Filed: 08/25/2017<br>Claim Amount: $6,715.29 |
| Trustee ID: 16<br>Class: UNSECURED (GENERAL)<br><br>Creditor Name: Becket And Lee Llp<br>   Po Box 3001<br>   Malvern, PA 193550701 | Court Claim Number: 1<br>Date Clam Filed: 08/04/2017<br>Claim Amount: $9,069.50 |

# ATTACHMENT TO NOTICE OF FILED CLAIMS

**Trustee ID:** 4
**Class:** UNSECURED (GENERAL)

**Creditor Name:** Becket And Lee Llp
    Po Box 3001
    Malvern, PA  193550701

**Court Claim Number:** 2
**Date Clam Filed:** 08/22/2017
**Claim Amount:** $6,406.72